This opinion/order has been withdrawn per order of the Tenth Court of Appeals.






>No. 10-06-00306-CR

 

Ricky Scott Rice,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 272nd District Court

Brazos County, Texas

Trial Court Nos. 04-03335-CRM-272,
04-04173-CRF-272 

and 04-04174-CRF-272

 



MEMORANDUM  Opinion










 

          Ricky Rice appeals the denial of his
motion to disqualify the Brazos County District Attorney in each of his three
criminal cases.

          The Clerk of this Court warned Rice
that because it appeared to the Court that the orders from which the appeals
were taken were interlocutory, the Court may dismiss the appeals unless a
response was filed showing grounds for continuing the appeals.  See Tex. R. App. P. 44.3.  Rice has not
responded to the Clerk's warning.

 

          These appeals are dismissed.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeals
dismissed 

Opinion
delivered and filed November 8, 2006

Do
not publish

[CR25]